UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:12–cv–09510–MMM–PLA             DATE:   3/6/2013
Title:   LUCKY LEATHER INC HER INC V. MITSUI SUMITOMO INSURANCE
GROUP ET AL

Present: The Honorable   Margaret M. Morrow  ,  U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:          **(In Chambers) Discharge of Order to Show Cause Why Court
                              Should Not Dismiss Action for Lack of Prosecution**

     On 03/04/2013, the court issued an Order to Show Cause why it should
not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order
to Show Cause re Lack of Prosecution on 03/04/2013.

     The court deems that response satisfactory, and orders the Order to Show Cause
discharged.