UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCKY LEATHER, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA, a New York Corporation,<br><br>　　　　　　　Defendant. | CASE NO. CV 12-09510 MMM (PLAx)<br><br>JUDGMENT FOR DEFENDANT |

　　　　On February 26, 2013, the court entered an order granting defendants Mitsui Sumitomo Insurance Group's and Mitsui Sumitomo Insurance USA, Inc.'s motion to dismiss plaintiff Lucky Leather, Inc.'s ("Lucky Leather") claims against them with leave to amend after Lucky Leather filed a notice of non-opposition to that motion. Lucky Leather did not amend its complaint to state a claim against these defendants. Thus, Mitsui Sumitomo Insurance Company of America ("Mitsui") became the sole remaining defendant in the case. On November 29, 2013, the court entered an order granting Mitsui's motion for summary judgment. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of its complaint; and

2. That the action be, and is hereby, dismissed.

DATED: November 29, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE